■ In the Matter of DERRICK T. M., JR., an Infant. MONROE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; DERRICK M., Appellant. [730 NYS2d 756] —Order unanimously affirmed without costs. Memorandum: On appeal from an order finding that respondent abandoned his child and terminating his parental rights on that basis (*see,* Social Services Law § 384-b [4] [b]; [5]), respondent contends that he was denied procedural due process because he was not afforded the opportunity to participate meaningfully in the proceeding. Respondent's contention is unpreserved for our review (*see,*

*Matter of Jennifer WW.,* 274 AD2d 778, 779, *lv denied* 95 NY2d 764; *Matter of Rasyn W.,* 270 AD2d 938, *lv denied* 95 NY2d 766; *Matter of Derrick T.,* 261 AD2d 108, 109; *Matter of Brian QQ.,* 166 AD2d 749, 750; *see also, Matter of Ramon C.,* 261 AD2d 205; *Matter of Michael Dennis C.,* 121 AD2d 535, 535-536, *lv denied* 68 NY2d 611). (Appeal from Order of Monroe County Family Court, Taddeo, J.—Terminate Parental Rights.) Present—Green, J. P., Scudder, Kehoe, Gorski and Lawton, JJ.